**Order entered January 30, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00314-CR

**TRACY DEMOND SIMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F-1576138-Y**

## ORDER

The State's second motion for extension of time to file a brief is **GRANTED** and the clerk is directed to file the brief accompanying the motion.

/s/    BILL WHITEHILL
JUSTICE